No. 727.   HOPKINS *v.* MARYLAND.   Appeal from the Court of Appeals of Maryland.   *Per Curiam:* The appeal

is dismissed for want of a substantial federal question. *Louis S. Ashman* for appellant. ▮